NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIFFANY BUFORD,**
*Appellant*

**v.**

**SECRETARY OF THE AIR FORCE,**
*Appellee*

---

2024-2254

---

Appeal from the Civilian Board of Contract Appeals in No. 8007-RELO, Administrative Judge Jonathan D. Zischkau.

---

**ON MOTION**

---

Before DYK, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

### O R D E R

Tiffany Buford appeals from the United States Civilian Board of Contract Appeals, which denied her claim for reimbursement of relocation expenses. Responding to this court's November 1, 2024 show cause order, the Secretary

of the Air Force argues for dismissal, and Ms. Buford urges the court to retain jurisdiction.

This court's jurisdiction over decisions of "agency board[s] of contract appeals" is limited to "final decision[s]" made "pursuant to section 7107(a)(1) of title 41." 28 U.S.C. § 1295(a)(10). We have long held that "only Board decisions on contract claims covered by the Contract Disputes Act, are within (what is now) section 7107(a)(1)'s reference to a 'decision of an agency board.'" *See Sheridan Transp. Sys., Inc. v. Gen. Servs. Admin.*, 651 F. App'x 987, 988 (Fed. Cir. 2016) (collecting cases). Here, Ms. Buford is attempting to appeal a Board decision on a claim under 31 U.S.C. § 3702(a)(3) for civilian employee federal travel claims. Because such decision is not a decision within § 7107(a)(1), and therefore outside this court's review authority under § 1295(a)(10), we dismiss.[1]

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

---

[1]     No party here has asked this court to transfer this case under 28 U.S.C. § 1631, and the court takes no position here on whether the United States Court of Federal Claims or a United States District Court would have jurisdiction over a complaint filed by Ms. Buford seeking reimbursement of travel expenses.

 (2)  All pending motions are denied.

 (3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>January 10, 2025</u>
   Date